

# United States Tax Court
### Washington, DC 20217

GREGORY MILES CARMICHAEL,

    Petitioner

    v.

COMMISSIONER OF INTERNAL
REVENUE,

    Respondent

Docket No. 6395-21S.

## <u>ORDER</u>

Pursuant to Rule 152(b), Tax Court Rules of Practice and Procedure, it is

ORDERED that the Clerk of the Court shall transmit herewith to petitioner and to respondent a copy of the pages of the transcript of the trial in the above case before Judge James S. Halpern at Reno, Nevada, on March 28, 2022, containing his oral findings of fact and opinion rendered at the trial session at which this case was heard.

In accordance with the oral findings of fact and opinion, a decision will be entered for respondent except with respect to I.R.C. section 6654 for taxable year 2017.

                           **(Signed) James S. Halpern**
                                   **Judge**

Bench Opinion by Judge James S. Halpern

April 1, 2022

Gregory Miles Carmichael v. Commissioner

Docket No. 6395-21S

THE COURT: The Court has decided to render the following as its oral findings of fact and opinion in this case. The bench opinion is made pursuant to the authority granted by 7459(b) of the Internal Revenue Code and Tax Court Rule 152. And it shall not be relied upon as precedent in any other case. Rule reference in this opinion are to the Tax Court Rules of Practice and Procedure and section references are to the Internal Revenue Code, as amended, and in effect at all relevant times. Dollar amounts have been rounded to the nearest dollar.

By notice of deficiency respondent determined a deficiency in petitioner's 2017 Federal Income Tax Return in the amount of ~~$6,8061~~ $6,881 and a addition to tax under **JSH** section 6651(a)(1) of $1,548, and an addition to tax under section 6651(a)(2) of $1,239, and an addition to tax under section 6654, and which section 6654 addition has been conceded by the respondent.

This case was set for trial today, March 28, **JSH** 2022, at 2:00 p.m. Petitioner was on notice of the trial and failed to appear. Respondent introduced sufficient



evidence to carry his burden of production with respect to the penalties and petitioner failed to appear and address his burden of proof with respect to the deficiency. So we will issue a decision finding a deficiency of $6,881, an addition to tax under section 6651(a)(1) of $1,548, and an addition to tax under section 6651(a)(2) of $1,239.

That completes this bench opinion.

(Whereupon, at 2:35 p.m., the above-entitled matter was concluded.)

eScribers

(973) 406-2250 | operations@escribers.net | www.escribers.net

CERTIFICATE OF TRANSCRIBER AND PROOFREADER

CASE NAME:    Gregory Miles Carmichael v. Commissioner

DOCKET NO.:   6395-21S

We, the undersigned, do hereby certify that the foregoing pages, numbers 1 through 5 inclusive, are the true, accurate and complete transcript prepared from the verbal recording made by electronic recording by Bruce Carlson on March 28, 2022 before the United States Tax Court at its session in Reno, NV, in accordance with the applicable provisions of the current verbatim reporting contract of the Court and have verified the accuracy of the transcript by comparing the typewritten transcript against the verbal recording.

_____

Meribeth Ashley, CET-507                    4/10/22

Transcriber                                 Date

_____

Lori Rahtes, CDLT-108                       4/10/22

Proofreader                                 Date

eScribers

(973) 406-2250 | operations@escribers.net | www.escribers.net